# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11CR5605-L |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ZULEMA MORA (2), | |
| Defendant. | |

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) as charged in the Indictment/Information:

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 21, 2011

          WILLIAM V. GALLO
          UNITED STATES DISTRICT JUDGE